In the Matter of UNITED PARCEL SERVICE OF NEW YORK, INC., Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued March 9, 1948; decided May 20, 1948.

*John P. McGrath, Corporation Counsel* (*Isaac C. Donner* and *Harry Katz* of counsel), for appellant.

*H. Struve Hensel* and *Richard G. McClung* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.